# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1258.  LAVONDA PRICE et al. v. WESLEY S. STEPHENS.**

This appeal was docketed on February 26, 2025. The appellants failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rule 23 (a) regarding the filing of an enumeration of errors and brief within 20 days after the appeal was docketed.

On March 28, 2025, the appellee filed a motion to dismiss this appeal. As of the date of this order, the appellants have not responded to the motion to dismiss.

On April 1, 2025, this Court ordered the appellants to file an enumeration of errors and a brief no later than April 11, 2025. The April 1 order informed the appellants that upon any "[f]ailure to comply with this order, absent an extension upon motion for good cause shown, this appeal will be dismissed instanter without further notice[.]" The appellants did not file a motion for extension of the April 11 deadline and have not filed an enumeration of errors and brief. Because the appellants failed to comply with this Court's April 1 order, the appellee's motion to dismiss is GRANTED and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/24/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*